Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

**Corrine Cushing**
**44245 8th Street East**
**Lancaster, CA 93535**
**310.312.0999**

FILED
JAN 2 4 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

☒ Individual appearing without counsel
☐ Attorney for:

FOR COURT USE ONLY

ENTERED
JAN 2 4 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re
**CORRINE CUSHING**

Debtor(s).

CHAPTER: **13**
CASE NO.: **SV 07-15199-GM**
DATE: **January 24, 2008**
TIME: **10:00 a.m.**
CTRM: **303**
FLOOR: **3**

LODGED
JAN 2 4 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## ~~ORDER GRANTING~~ MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
### (MOVANT: Corrine Cushing )

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following personal property ("Property"):

   ☐ Vehicle *(describe year, manufacturer, type and model):*

   Vehicle Identification Number:
   Location of vehicle (if known):

   ☐ Equipment *(describe manufacturer, type, and characteristics):*

   Serial number(s):
   Location (if known):

   ☐ Other Personal Property *(describe type, identifying information, and location):*

   ☒ Real Property
   Street Address: **44245 8th Street East**
   Apt./Suite No.:
   City, State, Zip Code: **Lancaster, California 93535**

   Legal description or document recording number (including county of recording):
   **Map Book/Page 8-7/63; Tract No. 26420 Lot 2**
   ☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ The present case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C.§362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005

**F 4001-1O.IS**

American LegalNet, Inc.
www.USCourtForms.com

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| **CORRINE CUSHING** | Debtor(s). | CASE NO.: **SV 07-15199-GM** |

4. The stay of 11 U.S.C. § 362(a) is

   a. ☐ Imposed *as to all creditors* until further order of the court.

   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   c. ☒ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

   d. ☐ Continued *as to all creditors* until further order of the court.

   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☒ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6. ☐ See attached continuation page for additional provisions.


Dated: 1/24/08

UNITED STATES BANKRUPTCY JUDGE
**Geraldine Mund**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005

F 4001-1O.IS

American LegalNet, Inc.
www.USCourtForms.com

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| **CORRINE CUSHING** | Debtor(s). | CASE NO.: SV 07-15199-GM |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: __Corrine Cushing__ )

*(This Attachment is the continuation page for Paragraph 5 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Movant tendered payments at the hearing in the amount of $ _____ . _____

2. ☒ The Movant made regular monthly payments in the amount of $ **1,521.62 and 595.03**   on   November 20, 2007.

   **See copies of cashier's checks attached at end of this Order, payable to 1st and 2nd mortgage holders.***

   All payments due Secured Creditor/Lessor hereunder shall be paid to the following address:

   Select Portfolio Servicing, c/o National Default Servicing, 2525 E. Camelback Road, Suite 200, Phoenix, AZ 85016

   Real Time Resolutions, Inc., P.O. Box 3665, Dallas, TX 75235-1655. **[*PLEASE NOTE THAT second trust deed holder, Litton Loan Servicing, recently sold my loan to the new lender listed above, Real Time Resolutions, Inc. Payments formerly made to Litton Loan Servicing must now be sent to Real Time Resolutions, Inc.]**

3. ☐ The Movant shall cure the postpetition default computed through _____ in the sum of $_____ as follows:
   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____
   b. ☐ By paying the sum of $_____ on or before _____
   c. ☐ By paying the sum of $_____ on or before _____
   d. ☐ By paying the sum of $_____ on or before _____
   e. ☐ Other:

4. ☐ The Movant shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor shall serve written notice of default to Movant, and any attorney for Movant. If Movant fails to cure the default within 10 calendar days after mailing of such written notice:
   a. ☐ The stay shall automatically terminate without further notice, hearing or order.
   b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised October 2005
F 4001-1O.IS
American LegalNet, Inc.
www.USCourtForms.com

| In re | (SHORT TITLE) | CHAPTER: **13** |
|---|---|---|
| **CORRINE CUSHING** | Debtor(s). | CASE NO.: **SV 07-15199-GM** |

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant shall be entitled to a maximum of _____ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once the Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Secured Creditor/Lessor shall be entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

7. ☐ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001 (a)(3).

9. ☐ Secured Creditor/Lessor may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☐ Other *(specify)*:

| *GM* |
|---|
| Judge's Initial |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*    **F 4001-1O.IS**

American LegalNet, Inc.
www.USCourtForms.com

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| **CORRINE CUSHING** | Debtor(s). | CASE NO.: **SV 07-15199-GM** |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY was entered on *(specify date)*:

   JAN 2 4 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   JAN 2 4 2008

Dated:  JAN 2 4 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
(Deputy Clerk)

## SERVICE LIST

Ms. Elizabeth Rojas
Office of U.S. Trustee
15301 Ventura Boulevard
Building B, Suite 400
Sherman Oaks, CA 91403

Internal Revenue Service
Special Procedures Department
300 North Los Angeles Street
Room 4062 Stop 5115
Los Angeles, CA 90012

Citibank
c/o RJM Acquisitions Funding LLC
P.O. Box 18013
Hauppauge, NY 11788

Select Portfolio Servicing
c/o National Default Servicing
2525 E. Camelback Road
Suite 200
Phoenix, AZ 85016

Capital One
Total Debt Management, Inc.
P.O. Box 6700
Norcross, GA 30091

Discover
c/o Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090

Real Time Resolutions, Inc.
P.O. Box 3665
Dallas, TX 75235-1655

Capital One Bank
P.O. Box 60067
City of Industry, CA 91716

Washington Mutual
c/o I.C. System, Inc.
P.O. Box 64887
St. Paul, MN 55164

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005

F 4001-1O.IS

American LegalNet, Inc.
www.USCourtForms.com



**Bank of America** — Cashier's Check No. 41853036039

05-14-3774B 09-2005
Bank of America, N.A.
San Francisco, CA

Banking Center: CENTURY CITY MAIN OFFICE
0007487 00006 0DE380TD

Date: NOVEMBER 20, 2007

Pay: *ONE THOUSAND FIVE HUNDRED TWENTY ONE DOLLARS AND 62 CENTS*

To The Order Of: SELECT PORTFOLIO SERVICING
*CLAUDIA PINEDA*

$**1,521.62**

VOID AFTER 90 DAYS

Cushing
44245 8th Street East
Lancaster, CA 93535



CERTIFIED MAIL

7007 2560 0003 5680 3497

MC220
Select Portfolio Servicing
3815 S. West Temple
Salt Lake City, UT 84115



UNITED STATES POSTAGE
02 1A
0004387260
$ 05.21°
NOV 20 2007
MAILED FROM ZIP CODE 90067
PITNEY BOWES


